# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00811-CR

**Karl Dean Stahmann, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. CR2011-031, HONORABLE GARY L. STEEL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Karl Dean Stahmann has filed a motion to dismiss this appeal. The motion is signed by appellant and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: February 20, 2015

Do Not Publish